## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOLINA INFORMATION SYSTEMS, LLC, <br> a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> UNISYS CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 1:12-cv-01022-RGA <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate, through their undersigned counsel, that this action be dismissed with prejudice, waiving all rights of appeal, with each party bearing its own costs and attorney's fees.

| | |
|---|---|
| /s/ Sarah E. Hickie | /s/ Joanna J. Cline |
| A. Thompson Bayliss (Del. Bar No. 4379) | Joanna J. Cline (Del. Bar No. 5873) |
| Sarah E. Hickie (Del. Bar No. 5833) | Christopher B. Chuff (Del. Bar No. 5729) |
| ABRAMS & BAYLISS LLP | PEPPER HAMILTON LLP |
| 20 Montchanin Road, Suite 200 | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19807 | 1313 N. Market Street |
| (302) 778-1000 | Wilmington, DE 19899-1709 |
| bayliss@abramsbayliss.com | (302) 777-6500 |
| hickie@abramsbayliss.com | clinej@pepperlaw.com |
| | chuffc@pepperlaw.com |

*Attorneys for Plaintiff Molina Information Systems, LLC*

*Attorneys for Defendant Unisys Corporation*

James N. Kramer
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

Robert L. Hickok
Ryan E. Peters
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Michael C. Tu
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

Dated: January 13, 2017

SO ORDERED this 17 day of January, 2017.

_____
The Honorable Richard G. Andrews

2